UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| GARY WAYNE GOLD,<br><br>    Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION and DOES 1 TO 10,<br><br>    Defendant. | Case No: 2:24-cv-03014 SVW (SSCx)<br>Assigned to Judge Stephen V. Wilson, Courtroom 10A and Magistrate Judge, Magistrate Judge Stephanie S. Christensen, Courtroom 790, Roybal<br>(Complaint filed onMarch 18, 2024)<br><br>**ORDER OF STIPULATION OF DISMISSAL**<br><br>Trial Date: February 25, 2010; Pre-Trial Conference Date: February 10, 2025 |

## ORDER

Having considered the Parties' Stipulation Re Request for Dismissal and finding that good cause exists, this Court orders that:

1.  With good cause, Plaintiff's case 2:24-cv-03014 SVW (SSCx) is **DISMISSED** with prejudice.

DATED: April 10, 2025

_____
**UNITED STATES DISTRICT JUDGE**

-1-